[No. 6401–8–III. Division Three. October 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
EUGENE HARKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00884–1, John J. Ripple, J., entered February 29, 1984. *Affirmed in part, reversed in part,* and

*dismissed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.